NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCARLET L. ROSS,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3125

---

Petition for review of the Merit Systems Protection Board in No. DE0831120154-I-1.

---

**JUDGMENT**

---

LEWANNA BELL-LLOYD, of Olathe, Kansas, argued for petitioner.

JEFFREY D. KLINGMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, and STEVEN J. GILLINGHAM, Assistant Director. Of counsel on the brief was PAUL ST. HILLAIRE, Attorney,

Office of the General Counsel, Office of Personnel Management, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 7, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |